460 A.2d 1087

**COMMONWEALTH of Pennsylvania**

v.

**Max Devoe DONALDSON, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued April 21, 1983.
Decided April 29, 1983.
Reargument Denied June 22, 1983.

Ralph T. Forr, Jr., Hollidaysburg, for appellant.

Daniel Lee Howsare, Dist. Atty., Greensburg, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

224

ORDER

PER CURIAM:

Judgment of sentence affirmed.